## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS L. SMITH, | : | Civil No. 1:26-CV-00946 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DR. ADAM BLOOM, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

### <u>ORDER</u>

**AND NOW**, on this 4th day of May 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The amended complaint, Doc. 9, is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)

2. Plaintiff may file a second amended complaint by **June 4, 2026**.[1]  This second amended complaint shall be titled "Second Amended Complaint" and shall use the same case number as captioned above.

3. The Clerk of Court is directed to forward two (2) copies of the civil rights complaint form for Plaintiff's use in drafting his amended complaint.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

---

[1] If Plaintiff does not wish to amend the complaint, he may file a notice stating that he intends to stand on the complaint. If Plaintiff files such notice, the court will enter a final order dismissing the complaint so that an appeal may be filed.  *See Weber v. McGrogan*, 939 F.3d 232, 241 (3d Cir. 2019).

1